UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JOSE GUADALUPE MAGDALENO-AVILA, | ) |
| Defendant | ) |
| | ) |

MAG. 06-0012-GGH

**DETENTION ORDER**

FILED

JAN 1 1 2006

JACK L. WAGNER, CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

A.   Order For Detention
     After conducting a detention hearing pursuant to 18 U.S.C. § 3142(f) of the Bail Reform Act, the
     Court orders the above-named defendant detained pursuant to 18 U.S.C. § 3142(e) and (i).

B.   Statement Of Reasons For The Detention
     The Court orders the defendant's detention because it finds:
     ___ By a preponderance of the evidence that no condition or combination of conditions will
         reasonably assure the appearance of the defendant as required.
     ___ By clear and convincing evidence that no condition or combination of conditions
         will reasonably assure the safety of any other person and the community.

C.   Findings Of Fact
     The Court's findings are based on the evidence which was presented in Court and that which was
     contained in the Pretrial Services Report, and includes the following:
     ___ (1) Nature and Circumstances of the offense charged:
         ___ (a) The crime. _Illegal Entry_ .
         ___ (b) The offense is a crime of violence.
         ___ (c) The offense involves a narcotic drug.
         ___ (d) The offense involves a large amount of controlled substances.
     ___ (2) The weight of the evidence against the defendant is high.
     ___ (3) The history and characteristics of the defendant including:
         (a)   General Factors:
             ___ The defendant appears to have a mental condition which may
                 affect whether the defendant will appear.
             ___ The defendant has no family ties in the area.
             ___ The defendant has no steady employment.
             ___ The defendant has no substantial financial resources.
             ___ The defendant is not a long time resident of the community.
             ___ The defendant does not have any significant community ties.
             ___ Past conduct of the defendant: _____
                 _____
             ___ The defendant has a history relating to drug abuse.
             ___ The defendant has a significant prior criminal record.
             ___ The defendant has a prior record of failure to appear at court proceedings.

cc: Court/Original     U.S. Attorney     Defense Counsel     Pretrial Services

(b)   Whether the defendant was on probation, parole, or release by a court;
      At the time of the current arrest, the defendant was on:
      ___ Probation
      ___ Parole
      ___ Release pending trial, sentence, appeal or completion of sentence.

(c)   Other Factors:
      ___ The defendant is an illegal alien and is subject to deportation.
      ___ The defendant is a legal alien and will be subject to deportation if
          convicted.
      ___ Other: _____
          _____
          _____

___ (4) Rebuttable Presumptions
    In determining that the defendant should be detained, the court also relied on the following
    rebuttable presumption(s) contained in 18 U.S.C. § 3142(e), which the court finds the defendant
    has not rebutted:
    ___ a. (1) The crime charged is one described in § 3142(f)(1) viz.
            ___ (A) a crime of violence; or
            ___ (B) an offense for which the maximum penalty is life imprisonment or death; or
            ___ (C) a controlled substance violation that has a maximum penalty of ten years or
                more; or
            ___ (D) a felony and defendant previously was convicted of two or more of the
                offenses described in (A) through (C) above and
        (2) Defendant previously has been convicted of one of the crimes listed in subparagraph
            (1)(A)-(C), above and
        (3) The offense referred to in subparagraph (2) was committed while defendant was on
            release pending trial and
        (4) Not more than five years has elapsed since the date of conviction or release from
            imprisonment for the offense referred to in subparagraph (2).
    ___ b. There is probable cause to believe that defendant committed an offense for which a
        maximum term of imprisonment of ten years or more is prescribed
        ___ in the Controlled Substances Act, 21 U.S.C. §§ 801, et seq.,
        ___ the Controlled Substances Import and Export Act, 21 U.S.C. §§ 951, et seq.,
        ___ the Maritime Drug Law Enforcement Act, 46 U.S.C. App. §§ 1901, et seq., or
        ___ an offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b.
        ___ an offense under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244 (a)(1), 2245, 2251,
            2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3),
            2252A(a)(4), 2260, 2421, 2422, 2423, or 2425.

D.   Additional Directives
     Pursuant to 18 U.S.C. § 3142(I)(2)-(4), the Court directs that:
         The defendant be committed to the custody of the Attorney General for confinement in a
     corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being
     held in custody pending appeal; and
         The defendant be afforded reasonable opportunity for private consultation with his counsel; and
         That, on order of a court of the United States, or on request of an attorney for the Government, the
     person in charge of the corrections facility in which the defendant is confined deliver the defendant to a
     United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED: Jan. 11, 2006

**GREGORY G. HOLLOWS**

UNITED STATES MAGISTRATE JUDGE